# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KAREN E. HALL**                                                                                   **PETITIONER**

**VS.**                                    **4:17-CV-00517-BRW-JTK**

**UNITED STATES PROBATION OFFICE**                                        **RESPONDENT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

IT IS SO ORDERED this 24th day of October, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE