# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KAREN E. HALL                                                    PETITIONER

VS.                          4:17-CV-00517-BRW-JTK

UNITED STATES PROBATION OFFICE                                   RESPONDENT

## JUDGMENT

Hall's petition for a writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 24th day of October, 2017.


                                    /s/ Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE